**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
*John R. Whitefleet, SBN 213301*
jwhitefleet@porterscott.com
Matthew R. Mendoza, SBN 344482
mmendoza@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706

*Attorneys for Defendant SACRAMENTO SHERIFF'S DEPARTMENT, JIM COOPER, and A. DELAGDILLO*
*(Exempt from Filing Fees Pursuant to Government Code § 6103)*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYTON-KERRY; THOMAS ("THIRD PARTY INTERVENOR/INJURED PARTY"), | Case No.  2:23-cv-02298-TLN-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER ON DEFENDANTS SACRAMENTO SHERIFF'S DEPARTMENT, JIM COOPER, AND A. DELAGDILLO*'S* REQUEST TO APPEAR TELEPHONICALLY TO DEFENDANT COUTTS & MCCARTHY'S MOTION TO DISMISS/STRIKE PLAINTIFF'S 1ST AMENDED COMPLAINT HEARING |
| v. | |
| JIM COOPER, SACRAMENTO SHERIFF, KANDICE LEON, DEPUTY SUPERIOR COURT CLERK; LEE SEALE, SUPERIOR COURT CLERK, et al., | Date: January 10, 2024
Time: 10:00 am
Ctrm.: 26, 8th Floor |
| Defendants. | Corrected FAC Filed: 10/17/2023
FAC Filed: 10/16/2023
Complaint Filed:  10/11/2023 |

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER ON DEFENDANTS SACRAMENTO SHERIFF'S DEPARTMENT, JIM COOPER, AND A. DELAGDILLO*'S* REQUEST TO APPEAR TELEPHONICALLY TO DEFENDANT COUTTS & MCCARTHY'S MOTION TO DISMISS/STRIKE PLAINTIFF'S 1ST AMENDED COMPLAINT HEARING
4854-4998-1593, v. 1

NOTICE IS HEREBY GIVEN that Defendants SACRAMENTO SHERIFF'S DEPARTMENT, JIM COOPER, and A. DELAGDILLO filed a Request to Appear Telephonically reviewed the matter, the Court rules as follows:

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

The Request to Appear Telephonically is GRANTED.

**IT IS SO ORDERED**.

Dated: January 3, 2024

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON DEFENDANTS SACRAMENTO SHERIFF'S DEPARTMENT, JIM COOPER, AND A. DELAGDILLO*'S* REQUEST TO APPEAR TELEPHONICALLY TO DEFENDANT COUTTS & MCCARTHY'S MOTION TO DISMISS/STRIKE PLAINTIFF'S 1ST AMENDED COMPLAINT HEARING

4854-4998-1593, v. 1