UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JAYATON-KERRY,<br><br>    Plaintiff,<br><br>  v.<br><br>JIM COOPER, SACRAMENTO SHERIFF, et al.,<br><br>    Defendants. | No. 2:23-cv-02298-TLN-AC<br><br>**ORDER** |

Plaintiff is proceeding in this action pro per and in forma pauperis. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 19, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 52.) Plaintiff filed objections to the findings and recommendations. (ECF No. 54.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on January 19, 2024 (ECF No. 52), are ADOPTED IN FULL;
2. The Court DENIES Plaintiff's Motion to Intervene and Motion for Injunctive Relief (ECF No. 14);
3. The Court DENIES Plaintiff's Motion for Default Judgement (ECF No. 18);
4. The Court DENIES Plaintiff's Motion for a Temporary Restraining Order (ECF No. 29);
5. The Court DENIES Plaintiff's Motion to Proceed in Forma Pauperis (ECF No. 38) as moot;
6. The Court DENIES Plaintiff's Motion for Summary Judgement (ECF No. 41);
7. The Court DENIES Plaintiff's Motions for Disqualification (ECF Nos. 47 and 48);
8. The Court GRANTS the County Defendants' Motion to Dismiss (ECF No. 15);
9. The Court GRANTS Defendants Coutts and McCarthy's Motion to Dismiss (ECF No. 16);
10. The Court DENIES Plaintiff's Motion for Preliminary Injunction and Notice of Eviction (ECF No. 51) as moot;
11. The Court DENIES Plaintiff's Motion for Jury Trial (ECF No. 55) as moot;
12. This case is DISMISSED in its entirety without leave to amend; and
13. The Clerk of Court is directed to close this case.

Date: April 10, 2024

Troy L. Nunley
United States District Judge